Seyfarth Shaw LLP
Aaron R. Lubeley (SBN 199837)
E-mail: alubeley@seyfarth.com
Emily Schroeder (SBN 274257)
E-mail: eschroeder@seyfarth.com
Christina Pacudan (SBN 301891)
E-mail: cpacudan@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

Attorneys for Defendant
TBWA Worldwide, Inc. dba TBWA/Media Arts Lab

PINEDO LAW
Craig A. Pinedo (SBN 191337)
E-mail: cpinedo@pinedolaw.com
275 Battery Street, Suite 200
San Francisco, CA 94111-3379
Telephone: (415) 693-9155
Facsimile: (415) 524-7564

Attorneys for Plaintiff
REBECCA STAMBANIS

GRANTED. Defendant shall respond to the First Amended Complaint no later than March 29, 2019.

Dated: 3/13/2019

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED, Judge Thomas S. Hixson]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REBECCA STAMBANIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TBWA WORLDWIDE, INC., dba TBWA/Media Arts Lab; and DOES 1-20,<br><br>　　　　　Defendants. | Case No. 3:19-CV-00821-TSH<br><br>**SECOND STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Judge: Honorable Thomas S. Hixson<br>Trial Date: None Set<br><br>Date Action Filed: September 10, 2018 |

Pursuant to Federal Rules of Civil Procedure 12, and Local Rule 6-1(a), Plaintiff REBECCA STAMBANIS ("Plaintiff") and Defendant TBWA WORLDWIDE, INC. *dba* TBWA/MEDIA ARTS LAB ("Defendant"), by and through their undersigned counsel, hereby stipulate to extend the time within which Defendant has to answer or otherwise respond to the First Amended Complaint.

Plaintiff filed the Complaint in this action on or around September 10, 2018. Plaintiff filed the First Amended Complaint on or around December 6, 2018. Defendant was served with the Complaint, First Amended Complaint, Summons, and other case-initiating documents on or around January 15, 2019. Defendant timely filed a Notice of Removal with this Court on February 14, 2019. Thus, the deadline for Defendant's response to the First Amended Complaint is February 21, 2019.

At Defendant's request, Plaintiff agreed to an extension of time for Defendant to respond to the First Amended Complaint to March 15, 2019. Defendant has requested a further extension of time to respond to the First Amended Complaint, and Plaintiff has agreed to a further extension of time for Defendant to respond to the First Amended Complaint to March 29, 2019.

The parties also agree that pursuant to Local Rule 6-1(a), this stipulation is respectfully submitted to the Court for approval without the necessity of a hearing.

DATED: March 12, 2019                            PINEDO LAW

By: */s/ Craig A. Pinedo*
    Craig A. Pinedo
    Attorneys for Plaintiff REBECCA STAMBANIS

| | |
|---|---|
| DATED: March 12, 2019 | Respectfully submitted, |
| | SEYFARTH SHAW LLP |
| | By: */s/ Emily Schroeder*<br>Aaron R. Lubeley<br>Emily Schroeder<br>Christina Pacudan<br>Attorneys for Defendant<br>TBWA Worldwide, Inc. *dba* TBWA/Media Arts Lab |

# **FILER ATTESTATION**

Pursuant to L.R. 5-1(i)(3) regarding signatures, I, Emily Schroeder, attest that concurrence in the filing of this document has been obtained from the other signatory, Craig A. Pinedo. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of March, 2019 at Los Angeles, California.

By: */s/ Emily Schroeder*

SEYFARTH SHAW LLP
ATTORNEYS AT LAW
601 SOUTH FIGUEROA STREET, SUITE 3300
LOS ANGELES, CALIFORNIA 90017-5793